# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:07−cr−00574

                                                     Honorable Ruben Castillo

, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Ruben Castillo as to defendants Zulfikar Rehmat, Minazali Rehmat, and Kathreen Jones : Arraignment/status hearing set for 8/6/2008 at 9:30 AM. Counsel for the Government is ordered to appear to give the Court an update on these defendants.Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.