**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                       Case No.: 1:07–cr–00574
                                       Honorable Ruben Castillo

, et al.

                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

     MINUTE entry before the Honorable Ruben Castillo as to defendants Zulfikar Rehmat, Minazali Rehmat, and Kathreen Jones :This case was called for status on 8/6/2008. All parties failed to appear. Status hearing reset to 8/20/2008 at 9:30 AM. Once again the Government is ordered to appear to update the Court on the status of these defendants. Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.